| Attorney or Party without Attorney: <br> Stephen A. Beck, Esq. <br> BURSOR & FISHER, P.A. <br> 701 BRICKELL AVENUE SUITE 1420 <br> MIAMI, FL 33131 <br> Telephone No: 305-330-5512 <br> Attorney For: Plaintiff | Ref. No. or File No.: <br> 3441 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> USDC Northern District of Illinois, Eastern Division | | |
| Plaintiff: A.M., individually and on behalf of all others similarly situated <br> Defendant: ADVANCED REPRODUCTIVE HEALTH CENTER, LTD. d/b/a CHICAGO IVF | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 1:24-cv-07559 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Civil Cover Sheet

3. a. Party served: Advanced Reproductive Health Center, Ltd. d/b/a Chicago IVF
   b. Person served: Edina Mumnovic, Manager, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 5225 Old Orchard Road #21, Skokie, IL 60077

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Sep 03 2024 (2) at: 01:44 PM

6. **Person Who Served Papers:**
   a. Kyle Clutter
   **b. FIRST LEGAL**
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

09/03/2024          Kyle Clutter
(Date)          (Signature)



PROOF OF SERVICE

11709574
(391305)