**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: A.M. v. Advanced Reproductive Health Center, Ltd.

Case Number: 1:24-cv-07559

An appearance is hereby filed by the undersigned as attorney for:

Defendant, Advanced Reproductive Health Center Ltd.

Attorney name (type or print): David Saunders

Firm: McDermott Will & Emery LLP

Street address: 444 West Lake Street, Suite 4000

City/State/Zip: Chicago, IL 60606-0029

Bar ID Number: ARDC 6293694
(See item 3 in instructions)

Telephone Number: (312)-803-8305

Email Address: dsaunders@mwe.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

[✓] Retained Counsel
[ ] Appointed Counsel
If appointed counsel, are you a
[ ] Federal Defender
[ ] CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 18, 2024

Attorney signature: S/ David Saunders
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023