UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| A.M.<br><br>                Plaintiff,<br><br>    v.<br><br>ADVANCED REPRODUCTIVE HEALTH CENTER, LTD.<br><br>                Defendant. | Civil Action No.1:24-cv-07559<br><br>Judge Martha M. Pacold |

**DEFENDANT ADVANCED REPRODUCTIVE HEALTH CENTER, LTD.'s UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Advanced Reproductive Health Center, Ltd ("ARHC"), through undersigned counsel, respectfully request an extension of time to respond to the complaint to and through October 24, 2024. ARHC states the following in support of the Motion:

**Motion**

1. Plaintiff filed their Complaint on August 21, 2024, (Dkt. 1). Service was completed on September 3, 2024 (Dkt. 3).

2. ARHC's current deadline for answering or otherwise responding to the Complaint is September 24, 2024 (*Id.*).

3. Counsel for ARHC was engaged on September 12, 2024, and requires time to evaluate Plaintiff's claims and discuss potential response strategy with ARHC.

4. Counsel for ARCH conferred with Plaintiff's Counsel with respect to this motion, and ARCH's requested extension is unopposed.

1

5. This is ARHC's first requested extension of time to respond to the complaint. The motion is not made to delay the proceedings in this action, and no party will be prejudiced by the extension of time.

WHEREFORE, for the reasons stated above, ARHC respectfully requests the Court enter an order granting it to and through October 24, 2024, to answer or otherwise respond to the Complaint.

| | |
|---|---|
| Dated: September 18, 2024 | Respectfully submitted, |
| | /s/ *David Saunders* |
| | David Saunders<br>MCDERMOTT WILL & EMERY LLP<br>444 West Lake,<br>Suite 4000<br>Chicago, Illinois 60606<br>Tel: (312) 372-2000<br>Fax: (312) 984-7700<br>dsaunders@mwe.com |
| | *Attorney for Defendant*<br>*Advanced Reproductive Health Center, Ltd.* |

## **CERTIFICATE OF SERVICE**

I, David Saunders, an attorney, certify that on September 18, 2024, I filed and served the foregoing Motion on all counsel of record by filing the same through the Court's CM/ECF system.

By: _/s/ David Saunders_