**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| A.M., et. al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Advanced Reproductive Health Center, )<br>Ltd )<br>Defendant. ) | No. 24-cv-07559<br><br>Judge: Martha M. Pacold |

**DEFENDANT'S UNOPPOSED MOTION TO
SUBSTITUTE AND WITHDRAW COUNSEL**

Pursuant to Local Rule 83.17, Defendant Advanced Reproductive Health Center, Ltd. ("ARHC") respectfully moves the Court for an Order allowing the substitution of Walker R. Lawrence and Howard L. Teplinsky of Levin Ginsburg as counsel for ARHC, and approving the withdrawal of David P. Saunders as counsel for ARHC. In support of this motion, Defendant states as follows:

1. On September 18, 2024, Mr. Saunders filed his appearance in the above captioned matter on behalf of Defendants. (Dkt. #6).

2. ARHC's desires to have Walker R. Lawrence and Howard L. Teplinsky of Levin Ginsburg represent it in this matter going forward. Attorneys Lawrence and Teplinsky are admitted to practice in this Court.

3. Mr. Saunders wishes to withdraw from representing ARHC.

4. Upon the Court's granting of this Motion, Lawrence and Teplinsky shall file their appearances.

5. Counsel for Defendant conferred with counsel for Plaintiff regarding this motion, and counsel for Plaintiff indicated that they do not oppose this motion.

WHEREFORE, Defendant respectfully requests that this Court grant the foregoing motion for (a) withdrawal and substitution of counsel, and (b) leave for Lawrence and Teplinsky to file an appearance.

Dated:   October 11, 2024                            Respectfully submitted,


                                                        /s/  *David P. Saunders*
David Saunders
MCDERMOTT WILL & EMERY LLP
444 West Lake,
Suite 4000
Chicago, Illinois 60606
Tel: (312) 372-2000
Fax: (312) 984-7700
dsaunders@mwe.com

*Attorney for Defendant*
*Advanced Reproductive Health Center, Ltd.*

## **CERTIFICATE OF SERVICE**

I, David Saunders, an attorney, certify that on October 11, 2024, I filed and served the foregoing Motion on all counsel of record by filing the same through the Court's CM/ECF system.

By: /s/ David Saunders