# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| A.M. ) | |
| ) | Case No. 24 C 7559 |
| ) | |
| v. ) | Hon. Martha M. Pacold |
| ) | |
| Advanced Reproductive Health ) | |
| Center, Ltd. d/b/a Chicago IVF ) | |

## ORDER

Defendant's unopposed motion to substitute and withdraw counsel [8] is granted. David P. Saunders is granted leave to withdraw his appearance and Walker R. Lawrence and Howard L. Teplinsky are granted leave to file their appearances on behalf of defendant.

Date: October 15, 2024                           /s/ Martha M. Pacold