# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| A.M. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 24-cv-07559 |
| v. ) | |
| ) | Hon. Martha M. Pacold |
| Advanced Reproductive Health Center, ) | |
| Ltd d/b/a Chicago IVF ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Nancy A. Wollenberg, a non-attorney, hereby certify on October 16, 2024 that I caused a copy of the foregoing *Appearance of Walker R. Lawrence* to be served upon all counsel of record via the Court's CM/ECF system.

By: /s/ Nancy A. Wollenberg

Walker R. Lawrence – #6296405
wlawrence@levinginsburg.com
Howard L. Teplinsky – #6197501
hteplinsky@levinginsburg.com
LEVIN GINSBURG
Attorneys for Plaintiffs
180 North LaSalle Street, Suite 2750
Chicago, Illinois 60601-2713
Telephone: 312-368-0100
Telefax: 312-368-0111