**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| A.M. et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 24-cv-07559 |
| v. ) | |
| ) | Judge: Martha M. Pacold |
| Advanced Reproductive Health Center, ) | |
| Ltd ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Advanced Reproductive Health Center, Ltd. ("ARHC"), through its attorneys, respectfully requests that the Court grant this unopposed motion for extension of time to answer or otherwise plead. In support of this motion, Defendants states as follows.

1. This case was filed on August 21, 2024 (Dkt. #1), and Defendant was served on September 3, 2024 (Dkt. #3). Accordingly, the answer or responsive pleading was due on or before September 24, 2024.

2. On September 18, 2024 an appearance for ARHC was filed on David P. Saunders (Dkt. #5), as well as an unopposed motion for extension of time to file an answer to the Complaint (Dkt.. #6). That motion for extension of time was granted and the answer is due on or before October 24, 2024 (Dkt. #7).

3. On October 11, 2024, ARHC filed an unopposed motion to substitute counsel, and that motion was granted on October 15, 2024. (Dkt. # 8 and 9). ARHC's new counsel filed their appearances on October 16, 2024. (Dkt. # 10 and 11).

4. This case is substantially similar to another lawsuit filed in this district and currently pending before Judge Valderrama, *J.K. v. Advanced Reproductive Health Center*, Case No. 24-cv-

07655. The answer or responsive pleading in that case is currently due on or before November 13, 2024.

5. AHRC is going to file a motion for relatedness, reassignment, and consolidation pursuant to Local Rule 40.4 and Fed. R. Civ. P. 42(a) before this Court.

6. Additionally, AHRC is working with its insurance carriers to evaluate whether coverage arises under one or more policies of insurance given the allegations in both lawsuits. The determination of insurance coverage will have significant implications for this case, including the identity of ARHC's counsel.

7. Given the complexities of the allegations and legal theories in both complaints, Defendant is also conducting its own investigation and requires additional time to prepare an answer or other responsive pleading.

8. Defendant's counsel has conferred with Plaintiffs' counsel, and Plaintiffs do not object to the Court granting this motion.

9. Defendant's motion for an extension of time is not intended to cause undue delay. Due to the circumstances and the timing of counsel's retention, AHRC requests that it have until November 13, 2024 to file its responsive pleading.

WHEREFORE, Defendant respectfully requests that the Court grant it until November 13, 2024 to file its answer or responsive pleading.

      Respectfully submitted,

      Advanced Reproductive Health Center, Ltd

      By: /s/ Walker R. Lawrence
          One of Defendant's Attorneys

Walker R. Lawrence – #6296405
wlawrence@levinginsburg.com
Howard L. Teplinsky – #6197501
hteplinsky@levinginsburg.com
LEVIN GINSBURG
Attorneys for Plaintiffs
180 North LaSalle Street, Suite 2750
Chicago, Illinois 60601-2713
Telephone: 312-368-0100
Telefax: 312-368-0111

## CERTIFICATE OF SERVICE

I, Walker R. Lawrence, an attorney, hereby certify on October 21, 2024 that I caused a copy of the foregoing *Unopposed Motion For Extension of Time To Answer or Otherwise Plead* to be served upon all counsel of record via the Court's CM/ECF system.

By: /s/ Walker R. Lawrence