**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

A. M.
                                    Plaintiff,

v.                                     Case No.: 1:24−cv−07559
                                    Honorable Martha M. Pacold

Advanced Reproductive Health Center, Ltd
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 23, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Defendant's unopposed motion for extension of time to answer or otherwise plead [12] is granted. Defendant to answer or otherwise plead to the complaint by 11/13/2024. The parties are given until 11/15/2024 to file the initial joint status report. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.