UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

A. M.
                                Plaintiff,

v.                                                   Case No.: 1:24–cv–07559
                                                        Honorable Martha M. Pacold

Advanced Reproductive Health Center, Ltd
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 1, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's unopposed motion to reassign case 24–cv–07655 based on relatedness pursuant to Local Rule 40.4 [14] is granted. Defendant to answer or otherwise plead to both complaints by 11/25/2024. The parties are directed to file an initial joint status report by 12/19/2024. Plaintiff's motion to correct [15] is administratively terminated. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.