**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| A.M. et al. )<br>)<br>    Plaintiffs, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>Advanced Reproductive Health Center, )<br>Ltd )<br>    Defendant. ) | No.   24-cv-07559<br>No.   24-cv-07644<br>(reassigned for relatedness)<br><br>Judge: Martha M. Pacold |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Advanced Reproductive Health Center, Ltd. ("ARHC"), through its attorneys, respectfully requests that the Court grant this unopposed motion for extension of time to answer or otherwise plead to the Complaints filed in both related cases (24-cv-07559 and 24-cv-07644). In support of this motion, Defendant states as follows.

1. These related cases were filed on August 21, 2024 (24-cv-7559) and August 23, 2024 (24-cv-7559) respectively.

2. Counsel for AHRC previously disclosed that it was working with its insurance carriers who was evaluating whether coverage arises under one or more policies of insurance, given the allegations in both lawsuits. The determination of insurance coverage would have significant implications for these cases.

3. On November 1, 2024, the Court ordered Defendant to file its responsive pleading in both cases on or before November 25, 2024. Because counsel had not yet been approved by the insurer to represent Defendant in these actions, counsel refrained from preparing responsive pleadings on Defendant's behalf.

4.	Finally, on November 25, 2024, the undersigned counsel received provisional approval from the insurers to represent Defendants in these proceedings. Given the insurer's delay approving defense counsel, Defendant requires additional time to file its responsive pleadings.

5.	Given the complexities of the allegations and legal theories in both complaints, Defendant requires until December 11, 2024 to file its responsive pleadings.

6.	Defendant's counsel has conferred with Plaintiffs' counsel in both cases, and Plaintiffs do not object to the Court granting this motion.

7.	Defendant's motion for an extension of time is not intended to cause undue delay. Due to the circumstances and the timing of counsel's retention, AHRC requests that it have until December 11, 2024 to file its responsive pleading.

WHEREFORE, Defendant respectfully requests that the Court grant it until December 11, 2024 to file its responsive pleading.

> Respectfully submitted,
>
> Advanced Reproductive Health Center, Ltd
>
> By: /s/ Howard L. Teplinsky
> 	One of Defendant's Attorneys

Walker R. Lawrence – #6296405
wlawrence@levinginsburg.com
Howard L. Teplinsky – #6197501
hteplinsky@levinginsburg.com
LEVIN GINSBURG
Attorneys for Plaintiffs
180 North LaSalle Street, Suite 2750
Chicago, Illinois 60601-2713
Telephone: 312-368-0100
Telefax: 312-368-0111

## **CERTIFICATE OF SERVICE**

I, Walker R. Lawrence, an attorney, hereby certify on November 25, 2024 that I caused a copy of the foregoing *Unopposed Motion For Extension of Time To Answer or Otherwise Plead* to be served upon all counsel of record via the Court's CM/ECF system.

By: /s/ Howard L. Teplinsky