UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| A.M., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED REPRODUCTIVE HEALTH CENTER, LTD. d/b/a CHICAGO IVF,<br><br>Defendants. | Case No. 24-cv-07559<br><br><br>**JURY TRIAL DEMANDED** |

**Unopposed Motion for Extension of Time to Respond to the Complaint to January 22, 2025, and Request for Clarification and Procedural Order Regarding Consolidation**

Now comes Advanced Reproductive Health Center, Ltd. d/b/a Chicago IVF ("Defendant"), by and through its attorneys, LEVIN GINSBURG, and for its Unopposed Motion for Extension of Time to Respond to the Complaint to January 22, 2025 and Request for Clarification and Procedural Order Regarding Consolidation, hereby states as follows:

### PROCEDURAL POSTURE:

1. Plaintiff filed the Complaint in this action on August 21, 2024. **Docket 1.**

2. Defendant was served on September 3, 2024. **Docket 3.**

3. On September 18, 2024, Attorney David Saunders of McDermott Will & Emery, LLP filed an appearance on behalf of Defendant. **Docket 5.**

4. On September 18, 2024, Defendant filed an Unopposed Motion for Extension of Time to Respond to the Complaint **(Docket 6)** which the court granted, extending the deadline to October 28, 2024. **Docket 7.**

5. On October 11, 2024, Defendant filed an unopposed motion substituting David Saunders as its legal counsel for Walker R. Lawrence and Howard L. Teplinsky of Levin Ginsburg. **Docket 8,** which was then granted on October 15, 2024. **Docket 9.**

6. On October 21, 2024, Defendant filed a Second Unopposed Motion for Extension of Time to Answer or Otherwise Plead (**Docket 12**), which was granted on October 23, 2024, and extended the deadline to November 13, 2024. **Docket 13.**

7. On October 23, 2024, Defendant filed an Unopposed Motion for Relatedness, Reassignment, and Consolidation Pursuant to Locals Rule 40.4 and Rule 42(a), seeking to consolidate two matters in the Northern District of Illinois in which this Defendant is the Defendant in both matters: (1) A.M. v. Advanced Reproductive Health Center, Case No. 24-cv-07599; and (2) J.K. v. Advanced Reproductive Health Center, 24-cv-07644. **Docket 14**.

8. On November 1, 2024, it is these parties' belief that the court granted Defendant's Motion for Relatedness, Reassignment, and Consolidation Pursuant to Locals Rule 40.4 and Rule 42(a), seeking to consolidate (1) A.M. v. Advanced Reproductive Health Center, Case No. 24-cv-07599; and (2) J.K. v. Advanced Reproductive Health Center, 24-cv-07644. **Docket 16**.

9. On November 25, 2024, Defendant filed an Unopposed Motion for Extension of Time to answer or Otherwise Plead (**Docket 17**), which was granted on November 25, 2024, granting an extension of time to December 11, 2024. **Docket 18.**

## REQUEST FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT TO JANUARY 22, 2025

10. Defendant has filed or soon intends to file an Unopposed Motion to Substitute and Withdraw Counsel, requesting that Walker R. Lawrence and Howard L. Teplinsky of Levin Ginsburg be substituted with Ryan M. Neri and Jonathon J. Ibarra of Wood Smith Henning & Berman, LLP.

11. Defendant's newly anticipated counsels require time to investigate the plaintiff's claims and to determine a reasonable approach to the plaintiff's Complaint.

12. On December 11, 2024, Defendant and Plaintiff reached an agreement that Defendant shall have their response on file by January 22, 2025.

13. The Parties have stipulated that the deadline for Defendant to move against, answer, or otherwise respond to the Complaint is extended to January 22, 2025, and seek this Honorable Court's approval *via* a court order.

14. Granting an extension will only affect the current response deadline of December 11, 2025, without altering other court-scheduled events.

15. No party will be prejudiced by the granting of this Unopposed Motion for Extension of Time to Respond to the Complaint by January 22, 2025.

## REQUEST FOR CLARIFICATION AND PROCEDURAL ORDER REGARDING CONSOLIDATION

16. Defendant seeks to clarify the Court's November 1, 2024, Order regarding consolidation of Case Nos. 24-cv-07599 and 24-cv-07644.

17. If the Court intended to consolidate these matters, Defendant respectfully requests that the Court first set a deadline for Plaintiff to file a consolidated complaint.

18. Only after such a consolidated complaint is filed should a subsequent deadline be established for Defendant to file a response.

19. Defendant respectfully requests that this Court set appropriate deadlines to allow orderly progress in the consolidated matter.

WHEREFORE, Defendant, Advanced Reproductive Health Center, Ltd. d/b/a Chicago IVF, requests that this Honorable Court grant this motion and (1) extend the deadline to file an answer and/or responsive pleading to January 22, 2025, and (2) clarify whether the Court intended to consolidate Case Nos. 24-cv-07599 and 24-cv-07644. If the Court intended consolidation, Defendant requests that the Court set a deadline for Plaintiff to file a consolidated complaint, followed by a subsequent deadline for Defendant to file its response.

Respectfully submitted,

**ADVANCED REPRODUCTIVE HEALTH CENTER,
LTD. d/b/a CHICAGO IVF**


By: */s/ Walker R. Lawrence*
One of Defendant's Attorneys

Walker R. Lawrence - #6296405
wlawrence@levinginsburg.com
Howard L. Teplinsky – #6197501
hteplinsky@levinginsburg.com
LEVIN GINSBURG
Attorneys for Defendant
180 North LaSalle Street, Suite 2750
Chicago, Illinois 60601-2713
Telephone: 312-368-0100
Telefax: 312-368-0111

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 11th day of December, 2024 he served all parties with the accompanying ***Unopposed Motion for Extension of Time to Respond to the Complaint to January 22, 2025, and Request for Clarification and Procedural Order Regarding Consolidation*** via the Court's Electronic Case Filing System (ECF).

/s/ *Walker R. Lawrence*

35240674.1:12694-0002