UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| A.M., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED REPRODUCTIVE HEALTH CENTER, LTD. d/b/a CHICAGO IVF,<br><br>Defendant. | Case No. 24-cv-07559<br><br><br>**JURY TRIAL DEMANDED** |

# DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL

Pursuant to Local Rule 83.17, Defendant Advanced Reproductive Health Center, Ltd. ("ARHC") respectfully moves the Court for an Order allowing the substitution of Ryan M. Neri and Jonathon Ibarra of Wood Smith Henning & Berman, LLP, and approving the withdrawal of Walker R. Lawrence and Howard L. Teplinsky of Levin Ginsburg as counsel for ARHC. In support of this motion, Defendant states as follows:

1. On October 16, 2024, Mr. Lawrence and Teplinsky filed their appearances in the above captioned matter on behalf of Defendant. **Docket 10 and 11.**

2. ARHC's desires to have Ryan M. Neri and Jonathon Ibarra of Wood Smith Henning & Berman, LLP represent it in this matter going forward. Attorneys Neri and Ibarra are admitted to practice in this Court.

3. Mr. Lawrence and Teplinsky wish to withdraw from representing ARHC.

4. Upon the Court's granting of this Motion, Mr. Neri and Ibarra shall file their appearances.

5. Counsel for Defendant conferred with counsel for Plaintiff regarding this motion, and counsel for Plaintiff indicated that they do not oppose this motion.

WHEREFORE, Defendant respectfully requests that this Court grant the foregoing motion for (a) withdrawal and substitution of counsel, and (b) leave for Ryan M. Neri and Jonathon Ibarra of Wood Smith Henning & Berman, LLP to file their appearances.

Respectfully submitted,

**ADVANCED REPRODUCTIVE HEALTH CENTER,
LTD. d/b/a CHICAGO IVF**


By: */s/ Walker R. Lawrence*
One of Defendant's Attorneys

Walker R. Lawrence - #6296405
wlawrence@levinginsburg.com
Howard L. Teplinsky – #6197501
hteplinsky@levinginsburg.com
LEVIN GINSBURG
Attorneys for Defendant
180 North LaSalle Street, Suite 2750
Chicago, Illinois 60601-2713
Telephone: 312-368-0100
Telefax: 312-368-0111

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 11th day of December, 2024 he served all parties with the accompanying ***Defendant's Unopposed Motion to Substitute and Withdraw Counsel***, via the Court's Electronic Case Filing System (ECF).

/s/ *Walker R. Lawrence*

35240674.1:12694-0002