# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

A. M.

                     Plaintiff,

v.                                                           Case No.: 1:24–cv–07559
                                                            Honorable Martha M. Pacold

Advanced Reproductive Health Center, Ltd

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Defendant's unopposed motion to substitute and withdraw counsel, [20], is granted. Ryan M. Neri and Jonathan Ibarra are granted leave to substitute for Walker R. Lawrence and Howard L. Teplinsky as counsel. Walker R. Lawrence and Howard L. Teplinsky are granted leave to withdraw. Defendant's unopposed motion for an extension of time and clarification, [19], is granted to the extent that defendant's deadline to answer or otherwise respond is extended to 1/22/2025. As to the request for clarification on consolidation, telephone status hearing set for 12/19/24 at 8:50 a.m. To join the telephone hearing please dial 650–479–3207 and enter access code 2315 996 7380#. Press # when prompted for an attendee number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.