**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: A.M., et al. v. Advanced Reproductive Health Center, LTD

Case Number: 24-cv-7559

An appearance is hereby filed by the undersigned as attorney for:

ADVANCED REPRODUCTIVE HEALTH CENTER, LTD. d/b/a CHICAGO IVF

Attorney name (type or print): Jonathon J. Ibarra

Firm: Wood Smith Henning & Berman, LLP

Street address: 222 South Riverside Plaza, Suite 640

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6309298
(See item 3 in instructions)

Telephone Number: 312.766.4494

Email Address: jibarra@wshblaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/16/24

Attorney signature: S/ Jonathon Ibarra
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023