# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

A. M.

                Plaintiff,

v.                                       Case No.: 1:24−cv−07559
                                                        Honorable Martha M. Pacold

Advanced Reproductive Health Center, Ltd

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 19, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Telephonic status hearing held on 12/19/2024. 24 C 7559 M. v. Advanced Reproductive Health Center and 24 C 7644 K. v. Advanced Reproductive Health Center are consolidated into a single case under docket 24 C 7559. The deadline for plaintiffs in the consolidated case to file a consolidated amended complaint is 1/16/2025. Defendant's response to the complaint is due 2/20/2025. The deadline of 1/22/2025 for defendant to respond is stricken. The initial joint status report deadline is extended to 2/27/2025. The parties agreed that in light of the consolidation of 24 C 7559 and 24 C 7644 into a single case (24 C 7559), going forward, all filings are to be filed in the consolidated case, 24 C 7559. The parties are directed to send a proposed order to Judge Pacold's proposed order email address. The parties can find the email address on Judge Pacold's page on the District Court website. As discussed, the proposed order may address the matters addressed in this order as well as the designation of co−lead counsel for plaintiffs in the consolidated case. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.