UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| A.M., individually and on behalf of all others similarly situated, <br><br> and <br><br> J.K., individually and on behalf of all others similarly situated, <br><br>    Plaintiffs, <br><br> v. <br><br> Advanced Reproductive Health Center, Ltd. d/b/a Chicago IVF. <br><br>    Defendant. | No.: 24-cv-07559 <br> (consolidated with 24-cv-07644) |

ORDER

This matter coming before the Court on Defendant's Unopposed Request for Clarification and Procedural Order Regarding Consolidation, the Court having jurisdiction, and the matter being fully heard with Attorney Matthew Langley appearing on behalf of Plaintiff J.K., Attorney Stephen Beck appearing on behalf of Plaintiff A.M., and Attorney Jonathon Ibarra appearing on behalf of Defendant Advanced Reproductive Health Center, Ltd. d/b/a Chicago IVF, the Court being fully advised in the premises and having jurisdiction over the matter, IT IS HEREBY ORDERED:

1. Defendant's Unopposed Request for Clarification and Procedural Order Regarding Consolidation is GRANTED.

2. Plaintiffs shall file a Consolidated Amended Complaint by January 16, 2025.

3. Defendants shall file a response to the Consolidated Amended Complaint by February 20, 2025.

4. The January 22, 2025 deadline for Defendants to file separate responses to the individual complaints in Case Nos. 24-cv-07559 and 24-cv-07644 is hereby STRICKEN.

5. The December 19, 2024 deadline to file a joint status report in A.M. v. Advanced Reproductive Health Center, Ltd., Case No. 24-cv-07559, is hereby STRICKEN.

6.     The parties shall submit a Joint Initial Status Report by February 27, 2025.

7.     Plaintiffs' unopposed oral motion to appoint Matthew J. Langley of Almeida Law Group LLC, Frank S. Hedin of Hedin LLP, and Stephen A. Beck of Bursor & Fisher P.A. as co-lead counsel is GRANTED.

DATED: December 20, 2024

ENTERED: /s/ Martha M. Pacold