# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

A. M., et al.

                                              Plaintiff,

v.                                                        Case No.: 1:24−cv−07559
                                                            Honorable Martha M. Pacold

Advanced Reproductive Health Center, Ltd

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received defendant's motion to dismiss, [28]. By 2/28/2025, the parties should submit a proposed briefing schedule to the court's proposed order inbox, Proposed_Order_Pacold@ilnd.uscourts.gov. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.