**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| A.M., individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>     v.<br><br>ADVANCED REPRODUCTIVE HEALTH CENTER, LTD. d/b/a CHICAGO IVF,<br><br>                      Defendant. | Case No. 1:24-cv-07559<br><br>Judge Martha M. Pacold |

**JOINT INITIAL STATUS REPORT**

Pursuant to this Court's December 20, 2024 Order (ECF No. 25), Plaintiffs A.M. and J.K. (collectively, "Plaintiffs") and Defendant Advanced Reproductive Health Center, Ltd. d/b/a Chicago IVF ("Defendant") (together with Plaintiffs, the "Parties") respectfully submit the following Joint Initial Status Report.

    **1.**     **The Nature of the Case:**

        A.   Identify (names and contact information) for all attorneys of record for each party, including trial attorney.

| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
|---|---|
| Sarah N. Westcot (*pro hac vice* forthcoming)<br>Stephen A. Beck<br>BURSOR & FISHER, P.A.<br>701 Brickell Ave, Suite 2100<br>Miami, FL 33131<br>Telephone: 305-330-5512<br>E-Mail: swestcot@bursor.com<br>           sbeck@bursor.com<br><br>Frank S. Hedin (*pro hac vice* forthcoming)<br>HEDIN LLP<br>1395 Brickell Ave, Suite 610 | Ryan M. Neri (lead counsel)<br>Jonathon J. Ibarra<br>WOOD SMITH HENNING & BERMAN LLP<br>222 S. Riverside Plaza, Suite 640<br>Chicago, IL 60606<br>Telephone: (815) 238-5995<br>Email: rneri@wshblaw.com<br>          jibarra@wshblaw.com |

| | |
|---|---|
| Miami, FL 33131<br>Telephone: (305) 357-2107<br>E-Mail: fhedin@hedinllp.com<br><br>Matthew J. Langley<br>David S. Almeida<br>ALMEIDA LAW GROUP, LLC<br>849 W. Webster Ave<br>Chicago, IL 60614<br>Telephone: (312) 576-3024<br>E-Mail: matt@almeidalawgroup.com<br>david@almeidalawgroup.com<br><br>Co-lead counsel for Plaintiffs | |

B. Briefly describe the nature of the claims asserted in the complaint and any Counterclaims and/or third party claims.

The complaint alleges that Defendant allowed sensitive patient information to be shared with Facebook through the use of a tracking pixel on its website. For example, it is alleged that when patients booked fertility consultations online, certain personally identifiable information (PII) and protected health information (PHI) were collected and disclosed without explicit consent. The complaint alleges this is a violation of the Electronic Communications Privacy Act (ECPA) and constitutes a common law claim of negligence.

C. Briefly identify the major legal and factual issues in the case.

Factual Issues

o Use of Tracking Technology: Whether Defendant embedded the Facebook Tracking Pixel on its website and, if so, how it collected and transmitted patient information.

o Nature of Information Shared: The type of information intercepted and disclosed to Facebook, including personally identifiable information (PII) and protected health information (PHI) related to fertility treatments.

o Lack of Consent: Whether patients were informed about or consented to the sharing of their sensitive information with Facebook.

<u>Legal Issues</u>

    o Whether Defendant's alleged actions constitute intentional interception of electronic communications, including sensitive health information, in violation of 18 U.S.C. § 2511.

    o Whether Defendant violated a duty to safeguard patient information, leading to unauthorized disclosures and breaches of confidentiality.

    o Whether the proposed class meets the requirements of FRCP 23.

    D. State the relief sought by any of the parties.

Plaintiffs are seeking statutory damages under the ECPA, punitive damages, attorneys' fees, and costs.

2. **Jurisdiction: Explain why the Court has subject matter jurisdiction over the plaintiffs' claims.**

    A. Identify all federal statutes on which federal question jurisdiction is based.

    The Electronic Communications Privacy Act, 18 U.S.C. § 2511.

    B. If jurisdiction over any claims is based on diversity or supplemental jurisdiction:

    The Court has supplemental jurisdiction over Plaintiffs' negligence, unjust enrichment, and Illinois Eavesdropping Statute claims because they arise out of the same nucleus of operative facts.

3. **Status of Service:**

    Defendant has been served.

4. **Consent to Proceed Before a United States Magistrate Judge: Confirm that counsel have advised the parties that they may proceed before a Magistrate Judge if they consent unanimously and advise whether there is, or is not, unanimous consent. Do <u>NOT</u> report whether individual parties have so consented.**

    The Parties do not consent to proceed before a Magistrate Judge.

5. **Motions:**

    A. Briefly describe any pending motions.

    On February 20, 2025, Defendant filed a motion to dismiss Plaintiffs' Consolidated Complaint and Strike Plaintiffs' Class Allegations. ECF No. 28.

B. State whether the defendant anticipates responding to the complaint by filing an Answer of by means of motion.

On February 20, 2025, Defendant filed a motion to dismiss Plaintiffs' Consolidated Complaint and Strike Plaintiffs' Class Allegations. ECF No. 28.

**6.    Status of Settlement Discussions:**

A. Indicate whether any settlement discussions have occurred;

Settlement discussions are ongoing.

B. Describe the status of any settlement discussions; and

Settlement discussions are ongoing.

C. Whether the parties request a settlement conference.

The Parties do not request a settlement conference at this time.

Dated: February 27, 2025               Respectfully Submitted,

By: */s/ Stephen A. Beck*
          Stephen A. Beck

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (*pro hac vice* forthcoming)
Stephen A. Beck
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com
             sbeck@bursor.com

Frank S. Hedin (*pro hac vice* forthcoming)
**HEDIN LLP**
1395 Brickell Ave, Suite 610
Miami, FL 33131
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

Matthew J. Langley
David S. Almeida
**ALMEIDA LAW GROUP, LLC**
849 W. Webster Ave
Chicago, IL 60614
Telephone: (312) 576-3024
E-Mail: matt@almeidalawgroup.com
      david@almeidalawgroup.com

*Co-Lead Counsel for Plaintiffs*


By: */s/ Jonathon J. Ibarra*


**WOOD SMITH HENNING & BERMAN LLP**
Ryan M. Neri
Jonathon J. Ibarra
222 S. Riverside Plaza, Suite 640
Chicago, IL 60606
Telephone: (815) 238-5995
Email: rneri@wshblaw.com
      jibarra@wshblaw.com

*Attorneys for Defendant*

5