**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| A.M. and J.K., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED REPRODUCTIVE HEALTH CENTER, LTD. d/b/a CHICAGO IVF,<br><br>Defendant. | Case No. 24-cv-07559<br><br>(consolidated with 24-cv-07644)<br><br>**DEFENDANT'S MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY** |

**DEFENDANT'S MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY**

Defendant Advanced Reproductive Health Center, Ltd. d/b/a Chicago IVF ("ARHC"), by and through its undersigned counsel, respectfully requests leave to cite supplemental authority in support of its pending Motion to Dismiss Plaintiffs' Class Action Complaint, or in the Alternative, Motion to Strike Class Allegations (ECF Nos. 28, 35). In support of this motion, ARHC states as follows:

1. ARHC seeks leave to cite the following recent decision as supplemental authority:

   a. *Solomon v. Flipps Media, Inc.*, 136 F.4th 41 (2d Cir. May 1, 2025). A copy of the slip opinion is attached hereto as Exhibit A.

2. This decision pertains directly to the issue raised in ARHC's pending Motion to Dismiss regarding whether disclosure of a Facebook ID ("FID") and associated user information constitutes the disclosure of "personally identifiable information" under federal privacy statutes.

WHEREFORE, ARHC respectfully requests that this Court grant it leave to cite the supplemental authority identified above, and for any other relief this court deems just.

Respectfully submitted,

**ADVANCED REPRODUCTIVE HEALTH CENTER, LTD. d/b/a CHICAGO IVF**

By: */s/ Jonathon J. Ibarra*
One of its Attorneys

Ryan M. Neri (ARDC 6300419)
Jonathon J. Ibarra (ARDC 6309298)
Wood, Smith, Henning & Berman LLP
222 South Riverside Plaza - Suite 640
Chicago, Illinois 60606
rneri@wshblaw.com
jibarra@wshblaw.com