**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| A.M. and J.K., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED REPRODUCTIVE HEALTH CENTER, LTD. d/b/a CHICAGO IVF,<br><br>Defendant. | Case No. 24-cv-07559<br><br>(consolidated with 24-cv-07644)<br><br>**DEFENDANT'S MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY** |

## DEFENDANT'S MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY

Defendant Advanced Reproductive Health Center, Ltd. d/b/a Chicago IVF ("ARHC"), by and through its undersigned counsel, respectfully requests leave to cite supplemental authority in support of its pending Motion to Dismiss Plaintiffs' Class Action Complaint, or in the Alternative, Motion to Strike Class Allegations (ECF Nos. 28, 35). In support of this motion, ARHC states as follows:

1. ARHC seeks leave to cite the recent decision from the Second Circuit, *Hughes v. National Football League*, No. 24-2656, 2025 WL (2d Cir. June 20, 2025). A copy of the slip opinion is attached hereto as **Exhibit A**.

2. The Second Circuit's decision in *Hughes* directly pertains to the issues raised in ARHC's pending Motion to Dismiss, specifically addressing whether the disclosure of a Facebook ID ("FID") and associated user information constitutes disclosure of "personally identifiable information" under federal privacy statutes.

3. In *Hughes*, the Second Circuit explicitly applied the reasoning set forth in *Solomon v. Flipps Media, Inc.*, 136 F.4th 41 (2d Cir. 2025), affirming dismissal of claims similar to those asserted here and holding that disclosure of information through Facebook Pixel, including "c_user" identifiers, does not constitute actionable disclosure of personally identifiable information because it would not be recognizable to an ordinary person without additional decoding or interpretation.

4. This authority is highly relevant and instructive, providing significant guidance and supporting ARHC's arguments that the disclosures alleged by Plaintiffs do not constitute actionable disclosures of personally identifiable information as required under applicable privacy laws.

WHEREFORE, Defendant Advanced Reproductive Health Center, Ltd. respectfully requests that this Court grant it leave to cite *Hughes v. National Football League*, No. 24-2656 (2d Cir. June 20, 2025), as supplemental authority in support of its pending motion to dismiss, and for any other relief this Court deems just and appropriate.

Respectfully submitted,

**ADVANCEDREPRODUCTIVE HEALTH CENTER, LTD. d/b/a CHICAGO IVF**

By: */s/ Jonathon J. Ibarra*
One of its Attorneys

Ryan M. Neri (ARDC 6300419)
Jonathon J. Ibarra (ARDC 6309298)
Wood, Smith, Henning & Berman LLP
222 South Riverside Plaza - Suite 640
Chicago, Illinois 60606
rneri@wshblaw.com
jibarra@wshblaw.com